UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM L. MCWAIN,

    Plaintiff,                                        Case No. 3:20-cv-123

vs.

CLAY TOWNSHIP, *et al*.,                 District Judge Michael J. Newman

    Defendants.

## ORDER

    This civil case came before the Court for a post-discovery status conference on July 20, 2021 at 3:30 p.m. Mary K. Soter appeared on behalf of Plaintiff. Dawn Frick and Michael Cussen appeared and participated on behalf of Defendants. Having been advised that discovery has been completed, the Court **REMINDS** counsel of the August 27, 2021 dispositive motion deadline.

    **IT IS SO ORDERED.**

Date:  August 9, 2021                                 s/Michael J. Newman
                                                        Hon. Michael J. Newman
                                                        United States District Judge